

Nicole Feder
Of Counsel
nfeder@lbcclaw.com

Writer's Direct Dial
(516) 837-7427

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com



February 12, 2020

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re: *Ray, Ames v. Balestriere Fariello LLC, et al.*
        Case No. : 18-cv-11211 (KPF)
        Our File No. : 2661-103321

Dear Judge Failla:

  We represent defendants, Balestriere Fariello LLC and John G. Balestriere ("Defendants"), in the claims asserted against them by Plaintiff Ames Ray in the above referenced action.

  We respectfully request an adjournment for the pre-motion conference. Currently, the pre-motion conference is scheduled for March 6, 2020. We request for such to be scheduled for March 11, 2020.

  This is our first request for an adjournment of the pre-motion conference and the request is made with the consent of all counsel. We make this request because neither I nor Matthew Bizzaro is available to attend the conference.

  Thank you for your consideration of our request. Please do not hesitate to call me if there are any questions.

           Respectfully submitted,

           L'ABBATE, BALKAN, COLAVITA
            & CONTINI, LLP

           NICOLE FEDER

cc: David B. Anziska, Esq.
   david@anziskalaw.com

   Peter Garnett, Esq.
   Peter.garnett@balestrierefariello.com

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ 07936
T. 973.422.0422  F. 973.422.0420

Application GRANTED. The premotion conference previously scheduled for March 6, 2020 is hereby ADJOURNED to **March 11, 2020, at 4:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: February 12, 2020
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE