UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMES RAY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>BALESTRIERE FARIELLO, et al.,<br><br>                              Defendants. | Case No. 1:18-cv-11211 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

Due to the high volume of scheduled jury trials in this District, IT IS HEREBY ORDERED that the jury trial in this action shall now commence on **January 24, 2023**, at **9:00 a.m**. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **January 12, 2023, at 3:00 p.m.** in the aforementioned courtroom.

Dated:   December 5, 2022
             New York, New York

                                                                           SO ORDERED.

                                                                           *Jennifer Rochon*
                                                                           JENNIFER L. ROCHON
                                                                           United States District Judge