**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AMES RAY,

                Plaintiff,   18 **CIVIL** 11211 (JLR)

      -against-   **JUDGMENT**

BALESTRIERE FARIELLO, et al.,

                Defendants.

-----------------------------------------------------------X

BALESTRIERE FARIELLO,

                Counterclaim Plaintiff,

      -against-

AMES RAY,

                Counterclaim Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, the jury having returned a verdict in favor of Defendant Balestriere Fariello for compensatory damages in the amount of $26,505.99, and the Amended Complaint is hereby dismissed.

**DATED:**  New York, New York
              February    2  , 2023

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

**So Ordered:**

                                      BY:   *K. Mango*

*Jennifer Rochon*
U.S.D.J. Rochon                                           **Deputy Clerk**